FILED

OCT 1 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:05-CR-365 OWW |
| Plaintiff, | ORDER ON GOVERNMENT'S EX PARTE MOTION TO REQUIRE THE DEFENDANTS TO SUPPLY EXEMPLARS OF HANDWRITING AND HANDPRINTING |
| v. | |
| TOMAS VICTOR HERNANDEZ TORRES, MIGUEL DUENAS HERNANDEZ. | |
| Defendants. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, has moved this Court for an order directing the defendants, Tomas Hernandez Torres and Miguel Duenas Hernandez, to furnish exemplars of their handwriting and handprinting to agents of the Drug Enforcement Agency, for comparisons with questioned handwriting (handprinting) used during the preparation for and during the trial of the above case, scheduled for October 17, 2006.

The United States Supreme Court has stated that the Fifth Amendment privilege against self-incrimination offers no protection against compulsion to submit to fingerprinting, or against compulsion to write for identification. Schmerber v. California, 384 U.S. 757, 764 (1966). Therefore, in light of there being no legal objection to providing this evidence, and good cause appearing therefore,

1

1     IT IS HEREBY ORDERED that the defendants in the above-entitled action shall provide the
2 Government with handwriting and/or handprinting exemplar in a manner directed by the
3 Government.
4     IT IS FURTHER ORDERED that the provision of such exemplar shall take place in the
5 presence of the defendant's respective counsel unless such counsel notifies the Government of their
6 desire not to be present.
7 Dated: October 11, 2006

_____
Honorable Oliver W. Wanger
United States District Judge

2